```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
```

UNITED STATES OF AMERICA      *      CRIMINAL DOCKET

VERSUS                        *      NO: 07-136

LOUIS GENARD                  *      SECTION: "D"(3)

### ORDER AND REASONS

On August 14, 2007, the court took under advisement Defendant's **"Notice of Diplomatic Immunity and Demand for Dismissal**," which the court treats as **Motion for Dismissal for Lack of Personal Jurisdiction.** After considering this motion, the memorandum in support thereof, the Government's opposition memorandum, and the argument of counsel, the court finds the motion should be and it is hereby **DENIED**.

In his supporting memorandum, Defendant claims, among other things, that he is an "Ambassador and Citizen of the Kingdom of Heaven under its King, Jesus the Christ...." Such an argument is frivolous. *United States v. Masat*, 948 F.2d 923, 934 (5th Cir. 1992); *United States v. Mundt*, 29 F.3d 233, 237 (6th Cir. 1994); *United States v. Cooper*, 170 F.3d 691 (7th Cir. 1999); and *United States v. Gerads*, 999 F.2d 1255, 1256 (8th Cir. 1993).

New Orleans, Louisiana, this **16th** day of **August, 2007**.

*[signature]*
A. J. McNamara
UNITED STATES DISTRICT JUDGE