```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA      *       CRIMINAL DOCKET

VERSUS                        *       NO: 07-136

LOUIS GENARD                  *       SECTION: "D"(3)
```

### ORDER AND REASONS

On August 14, 2007, the court heard arguments on Defendant's **"Motion to Dismiss for Lack of Evidentiary Proof of Liability."** In this motion, Defendant argues that there can be no "evidentiary proof of liability" in the absence of a tax assessment. However, as the court found in denying Defendant's "Motion in Limine to Preclude Evidence of the Government," a "tax assessment" is not required for a successful prosecution under 26 U.S.C. § 7203. All that is required is proof beyond a reasonable doubt that the defendant had sufficient gross income to require him to file a return and that he knowingly and willfully failed to do so. *Spies v. Flores*, 317 U.S. 492, 496 (1943); *United States v. Wade*, 585 F.2d 573, 574 (5th Cir. 1978).

Accordingly;

The motion is hereby **DENIED.**

New Orleans, Louisiana, this **16th** day of **August, 2007**.

*[signature]*
A. J. McNAMARA
UNITED STATES DISTRICT JUDGE