```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA      *       CRIMINAL DOCKET

VERSUS                        *       NO: 07-136

LOUIS GENARD                  *       SECTION: "D"
```

### ORDER AND REASONS

Before the court is the **"Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction and In Personam Jurisdiction"** (Doc. No. 128) filed by Defendant, Louis Genard.  The Government filed a memorandum in opposition.  The motion is before the court on briefs, without oral argument.  Now, having considered the memoranda of counsel, the record, and the applicable law, the court finds that the motion should be denied.

In the instant motion, Defendant "renews his jurisdictional challenge upon the realization that the Summons by which he was brought before this Court was not supported by oath or affirmation in violation of the Fourth Amendment [and Federal Rule of Criminal Procedure 4(a)]."  (*See* Defendant's Memo. at p. 1).  However, according to the Government, "[t]his matter was not instituted via complaint and the government chose not to issue an arrest warrant

for the defendant's convenience." (*See* Gov.'s Opp. at 1). Further, as set forth in the Government's Opposition and reflected in the record, this district's normal procedures (including presentation of the case to the grand jury; the return of the Indictment signed by the U.S. Attorney, the First Assistant United States Attorney, and the Assistant U.S. Attorney assigned to this case; the grand jury foreperson's certification of the Indictment as a "true bill"; the return of the Indictment before the Magistrate Judge; a summons issued, signed and sealed by the Clerk of Court; the defendant's appearances and arraignment before the Magistrate Judge) were properly followed in this matter.

Accordingly;

**IT IS ORDERED** that the Defendant's **"Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction and In Personam Jurisdiction"** (Doc. No. 128) be and is hereby **DENIED.**

New Orleans, Louisiana, this **11th** day of **September, 2007**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE

2