```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA        *           CRIMINAL DOCKET

VERSUS                          *           NO: 07-136

LOUIS GENARD                    *           SECTION: "D"
```

### ORDER AND REASONS

Before the court is the **"Motion to Arrest Judgment and Vacate Verdict" (Doc. No. 181)** filed by Defendant Louis Genard pursuant to Federal Rule of Criminal Procedure 34.[1]  The Government filed a memorandum in opposition.  The motion, set for hearing on Monday, October 22, 2007, is before the court on briefs, without oral argument.  Now, having considered the memoranda of counsel, the record, and the applicable law, the court finds that Defendant is not entitled to relief under Federal Rule of Criminal Procedure 34,

---

[1]     Federal Rule of Criminal Procedure 34 provides:

    (a)   In General.  Upon the defendant's motion or on its own, the court must arrest judgment if:

        (1)   the indictment or information does not charge an offense; or

        (2)   the court does not have jurisdiction of the charges offense.

    Fed. R. Crim. Proc. 34.

because the Indictment in this case clearly charged Defendant with offenses under 26 U.S.C. §7203 for willful failure to file income tax returns for the tax years 2000, 2001, and 2002,[2] and the court has jurisdiction over the matter.

In the instant motion, Defendant specifically argues that the Government committed *Brady* and/or *Giglio* violations by intentionally excluding the "MFR-01" code on the Government's Exhibits identified at Trial as "Certificates of Assessments, Payments and Other Specified Matters" (COA's).  Defendant submits that the "MFR-01" code classifies him as someone who is not required to file Form 1040, and cites "IRS Manual, ADP IDRS Document 6209 at pp. 8-72." (Defendant's Memo., Doc. No. 181-2 at p. 4).[3]  However, Defendant provides the court with no copy of this source material.  The court rejects Defendant's argument "as without foundation and plainly incredible."  *United States v. Carney*, 2006 WL 979304 *1 (10th Cir. 2006).

Finally, the court rejects as merit less Defendant's other arguments based on the use of the term "tax protester" at Trial and the Paperwork Reduction Act.  Accordingly;

---

[2] Defendant was tried on October 1-2, 2007, and a jury convicted him on all three Counts of the Indictment.

[3] Defendant also argues that "this Court lacked subject matter jurisdiction in this prosecution as Mr. Genard was not required to file a Form 1040 by the IRS' own admission and data." (Defendant's Memo., Doc. No. 181-2, p. 4).

**IT IS ORDERED** that Defendant's **"Motion to Arrest Judgment and Vacate Verdict" (Doc. No. 181)** be and is hereby **DENIED**.

New Orleans, Louisiana, this **23rd** day of **October, 2007.**

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE